# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Simon, Michael H. | 2. Court or Organization<br><br>U.S. District Court, Oregon | 3. Date of Report<br><br>05/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1527 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Classroom Law Project |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Samuel French, Inc. (theatrical royalties for "The Odd Couple") | $8,306.07 |
| 2. 2018 | Tams-Witmark Music Library, Inc. (theatrical royalties for "Promises, Promises") | $491.46 |
| 3. 2018 | International Authors Society (theatrical royalties for "The Odd Couple") | $9,172.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | U.S. House of Representatives (spouse's wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. U S Bank NA (checking and savings) | A | Interest | M | T | | | | | |
| 2. OnPoint Community Credit Union (checking and savings) | A | Interest | L | T | | | | | |
| 3. Northwestern Mutual Life Ins. (whole life insurance cash value) | C | Dividend | M | T | | | | | |
| 4. Gold coins | | None | L | T | | | | | |
| 5. Bonamici for Congress (spouse campaign loan) (See Part VIII, Line 1.) | | None | | | Redeemed | 12/20/18 | L | A | See Part VIII, Line 1. |
| 6. Vanguard Brokerage Account (H) | | | | | | | | | |
| 7. -- Vanguard 500 Index mut. fund | D | Dividend | N | T | | | | | |
| 8. -- Vanguard PRIMECAP mut. fund | E | Dividend | N | T | Buy (add'l) | 01/02/18 | K | | |
| 9. -- Vanguard REIT Index mut. fund | D | Dividend | M | T | | | | | |
| 10. -- Vanguard Small-Cap Index mut. fund | C | Dividend | N | | | | | | |
| 11. -- Vanguard Interm Term Corp Bond Index mut. fund | E | Dividend | P1 | T | Sold (part) | 01/02/18 | K | A | |
| 12. Ameriprise Brokerage Account (H) | | | | | | | | | |
| 13. -- Ameriprise cash holding account | A | Interest | L | T | | | | | |
| 14. -- Oregon State Dept. of Admin. Services municipal bond | C | Interest | M | T | | | | | |
| 15. -- Active Portfolio Multi Manager Small Cap Equity A mut. fund | D | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 16. | | | | | Sold (part) | 05/21/18 | J | A | |
| 17. | | | | | Buy (add'l) | 08/15/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 19. -- Active Portfolio Multi Manager Growth Strat. A mut. fund | D | Dividend | | | Sold (part) | 02/15/18 | M | E | |
| 20. | | | | | Sold (part) | 05/21/18 | J | | |
| 21. | | | | | Sold | 08/15/18 | L | D | |
| 22. -- Active Portfolio Multi Manager Value Strat. A mut. fund | D | Dividend | M | T | Sold (part) | 02/15/18 | J | A | |
| 23. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 24. | | | | | Sold (part) | 08/15/18 | K | C | |
| 25. | | | | | Sold (part) | 11/16/18 | J | A | |
| 26. -- Active Portfolio Multi Manager Directional Alt. A mut. fund | | | | | Sold | 02/15/18 | K | C | |
| 27. -- Active Portfolio Multi Manager Total Return Bond Strat. A mut. fund | B | Dividend | L | | Buy (add'l) | 02/15/18 | J | | |
| 28. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 29. | | | | | Sold (part) | 08/15/18 | J | A | |
| 30. | | | | | Sold (part) | 11/16/18 | J | A | |
| 31. -- JPMorgan Large Cap Growth A mut. fund | D | Dividend | L | T | Sold (part) | 02/15/18 | K | C | |
| 32. | | | | | Sold (part) | 05/21/18 | J | A | |
| 33. | | | | | Sold (part) | 08/15/18 | J | A | |
| 34. | | | | | Buy (add'l) | 11/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- JPMorgan Tax Aware Equity A mut. fund | C | Dividend | M | T | Buy | 02/15/18 | M | | |
| 36. | | | | | Buy (add'l) | 05/21/18 | K | | |
| 37. | | | | | Sold (part) | 08/15/18 | K | | |
| 38. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 39. -- Loomis Sayles Growth A mut. fund | C | Dividend | L | T | Buy | 08/15/18 | L | | |
| 40. | | | | | Sold (part) | 11/16/18 | J | A | |
| 41. -- MFS Municipal High Inc. A mut. fund | B | Dividend | K | T | Buy (add'l) | 02/15/18 | J | | |
| 42. | | | | | Sold (part) | 05/21/18 | J | A | |
| 43. | | | | | Sold (part) | 08/15/18 | J | A | |
| 44. | | | | | Sold (part) | 11/16/18 | J | A | |
| 45. -- MFS International Value A mut. fund | C | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 46. | | | | | Sold (part) | 05/21/18 | J | A | |
| 47. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 48. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 49. -- MFS Value A mut. fund | C | Dividend | M | T | Sold (part) | 02/15/18 | J | A | |
| 50. | | | | | Buy (add'l) | 05/21/18 | K | | |
| 51. | | | | | Sold (part) | 08/15/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/16/18 | J | B | |
| 53. -- Nuveen Interm. Duration Mun. Bond A mut. fund | C | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 54. | | | | | Sold (part) | 05/21/18 | J | A | |
| 55. | | | | | Sold (part) | 08/15/18 | J | A | |
| 56. | | | | | Sold (part) | 11/16/18 | J | A | |
| 57. -- Oppenheimer International Growth A mut. fund | A | Dividend | L | T | Sold (part) | 02/15/18 | J | A | |
| 58. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 59. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 60. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 61. -- Prudential Jennison Mid Cap Growth A mut. fund | | | | | Sold (part) | 02/15/18 | J | A | |
| 62. | | | | | Sold | 05/21/18 | K | C | |
| 63. -- Wells Fargo Emerging Markets Equity A mut. fund | A | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 64. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 65. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/16/18 | K | | |
| 67. -- Wells Fargo Short Term Municipal Bond A mut. fund | B | Dividend | L | T | Buy (add'l) | 02/01/18 | J | | |
| 68. | | | | | Buy (add'l) | 02/15/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/21/18 | J | A | |
| 70. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 71. | | | | | Sold (part) | 11/16/18 | J | A | |
| 72. -- Wells Fargo Special Mid Cap Value A mut. fund | | | | | Sold (part) | 02/15/18 | J | A | |
| 73. | | | | | Sold | 05/21/18 | L | D | |
| 74. -- Western Asset Interm. Term Municipal A mut. fund | C | Dividend | M | T | Buy (add'l) | 02/15/18 | J | | |
| 75. | | | | | Sold (part) | 05/21/18 | J | A | |
| 76. | | | | | Sold (part) | 11/16/18 | J | A | |
| 77. -- IShares MSCI EAFE Value ETF fund | B | Dividend | K | T | Buy (add'l) | 02/15/18 | K | | |
| 78. | | | | | Sold (part) | 05/21/18 | J | A | |
| 79. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 80. | | | | | Sold (part) | 11/16/18 | J | A | |
| 81. -- IShares CORE S&P Mid-Cap ETF fund | B | Dividend | K | T | Buy | 05/21/18 | L | | |
| 82. | | | | | Sold (part) | 08/15/18 | J | A | |
| 83. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 84. -- Franklin Templeton Growth Allocation Class A mut. fund | C | Dividend | L | T | | | | | |
| 85. Co-Trustee of Family Member's Living Trust (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- U S Bank, NA (checking and savings) | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 5. On December 20, 2018, the Bonamici for Congress campaign paid off the remaining balance on this loan ($100,000) in full.

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 05/06/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Simon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544